**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6743**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

TARUS D. OWENS,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CR-97-150)

———————

Submitted:  September 25, 2001        Decided:  November 5, 2001

———————

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Tarus D. Owens, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tarus Owens appeals the district court's order denying his motion filed under 18 U.S.C.A. § 3582 (West Supp. 2001) and construed as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Owens, No. CR-97-150 (E.D. Va. Apr. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2